DAVID FELLMETH, an Infant, by LEON J. FELLMETH and MARY E. FELLMETH, His Guardians ad Litem, Respondent, v. CITY OF YONKERS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

LEON J. FELLMETH and MARY E. FELLMETH, Respondents, v. CITY OF YONKERS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

THYRZA BENSON FLAGG, Individually, and BROOKLYN TRUST COMPANY and R. STUYVESANT PIERREPONT, Trustees, etc., of MARY BENSON, Deceased, Appellants, v. ROBERT MOSES and Others, Individually and as Commissioners of the LONG ISLAND STATE PARK COMMISSION and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Lazansky, P. J., Rich, Seeger and Carswell, JJ., concur; Young, J., dissents. Settle order on notice.

JOSEPH GALOWITZ, Respondent, v. JOHN P. MAGNER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

PAUL GENEAS, Appellant, v. ARTHUR E. FANROTH, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

SIMON GOLDMAN, Respondent, v. LONDON TAXI CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that, within five days from the entry of the order herein, appellant pay respondent ten dollars costs; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

HERMAN HABER, Appellant, v. NATIONAL BISCUIT COMPANY, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that, within five days from the entry of the order herein, appellant pay respondent twenty dollars costs; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

MARGARET HIGGINS, Appellant, v. J. K. BRODY, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that, within five days from the entry of the order herein, appellant pay respondent ten dollars costs; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

CHARLES HYDE and SALLY HYDE, Appellants, v. WILLIAM J. DALTON, as Mayor of the City of Long Beach, N. Y., etc., and Others, Respondents.— Motion for stay granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.